

U.S. Department of Justice

*United States Attorney*

*Eastern District of Pennsylvania*

*Kishan Nair*
*Direct Dial: (215) 861-8411*
*Facsimile: (215) 861- 8618*
*E-mail Address: Kishan.Nair@usdoj.gov*

*504 W. Hamilton Street*
*Suite 3701*
*Allentown, Pennsylvania 18101*
*(215) 861-8540*

January 27, 2021

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

    Re:    <u>United States v. Edward Lester Myers</u>
            Criminal No. 20-146

Dear Clerk:

    Please unimpound the Indictment in regard to the above-captioned case. The Indictment was filed on March 25, 2020.

                                           Very truly yours,

                                           JENNIFER ARBITTIER WILLIAMS
                                           Acting United States Attorney

                                           <u>/s/ Kishan Nair</u>
                                           Kishan Nair
                                           Assistant United States Attorney